UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*



**Andre F. Hopkins**
-Petitioner-

v.     CASE NO.: **1:09-cv-901-AJT-JFA**

**S.K. Young, et al.,**
-Respondents-

March 1, 2010

**COMES NOW**, your **Petitioner, Andre F. Hopkins**, pursuant to the Court **Order** entered **February 23rd**, 2010, Case No.: 1:09cv901 (AJT-JFA), to submit his desire to appeal this **Order**.

*/s/ Andre F. Hopkins*
Andre F. Hopkins, #358867
Pro-se